DANIEL V. STEENSON
[Idaho State Bar No. 4332]
DAVID P. CLAIBORNE
[Idaho State Bar No. 6579]
SAWTOOTH LAW OFFICES, PLLC
1101 W. River St., Ste. 110
P. O. Box 7985
Boise, Idaho 83707
Telephone: (208) 629-7447
Facsimile: (208) 629-7559
E-mail: david@sawtoothlaw.com

Attorneys for Defendants Giles, Funk,
Funk Dairy, Shoesole Farms

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO (SOUTHERN DIVISION)

| | |
|---|---|
| **CESAR MARTINEZ-RODRIGUEZ**, **DALIA PADILLA-LOPEZ, MAYRA MUNOZ-LARA, BRENDA GASTELUM-SIERRA, LESLIE ORTIZ-GARCIA**, and **RICARDO NERI-CAMACHO**;<br><br>Plaintiffs,<br><br>vs.<br><br>**CURTIS GILES**, an individual, **DAVID FUNK**, an individual, **JEREMY L. PITTARD**, an individual, **FUNK DAIRY, INC.**, an Idaho corporation, **SHOESOLE FARMS, INC.**, an Idaho corporation, **JEREMY L. PITTARD, ATTORNEY AT LAW, PLLC**, an Idaho professional limited liability company, **JOHN DOES 1-10**;<br><br>Defendants. | Case No. 1:17-cv-00001-BLW<br><br>**NOTICE OF NON-OPPOSITION RE: DEFENDANTS JEREMY L. PITTARD AND JEREMEY L. PITTARD, ATTORNEY AT LAW, PLLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)** |

NOTICE OF NON-OPPOSITION RE: DEFENDANTS JEREMY L. PITTARD AND JEREMEY L. PITTARD, ATTORNEY AT LAW, PLLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) - 1

**COME NOW** the Defendants Curtis Giles, David Funk, Funk Dairy, Inc. and Shoesole Farms, Inc., by and through their attorneys of record, Sawtooth Law Offices, PLLC, and hereby provides notice of its non-opposition to *Defendants Jeremy L. Pittard and Jeremey L. Pittard, Attorney at Law, PLLC's Motion to Dismiss Pursuant to FRCP 12(B)(6)*, filed on or about February 28, 2017.

**DATED** this 14th day of March, 2017.

SAWTOOTH LAW OFFICES, PLLC


by: /s/ David P. Claiborne
David P. Claiborne

NOTICE OF NON-OPPOSITION RE: DEFENDANTS JEREMY L. PITTARD AND JEREMEY L. PITTARD, ATTORNEY AT LAW, PLLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) - 2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following on this 14th day of March, 2017 by the following method:

| | |
|---|---|
| **NATALIE CAMACHO MENDOZA**<br>**CAMACHO MENDOZA LAW**<br>P.O. Box 190438<br>Boise, Idaho 83719<br>Telephone:<br>Facsimile:<br>E-Mail: natalie@camachomendozalaw.com<br>*Attorneys for Plaintiffs* | [__] U.S. First Class Mail, Postage Prepaid<br>[__] U.S. Certified Mail, Postage Prepaid<br>[__] Federal Express<br>[__] Hand Delivery<br>[__] Facsimile<br>[_X_] Electronic Mail or CM/ECF |
| **MARIO MARTINEZ**<br>**EDGAR IVAN AGUILASOCHO**<br>**MARTINEZ AGUILASOCHO & LYNCH**<br>P.O. Box 11208<br>Bakersfield, California 93309<br>Telephone: (661) 859-1174<br>Facsimile: (661) 840-6154<br>E-Mail: eaguilasocho@farmworkerlaw.com<br>*Attorneys for Plaintiffs* | [__] U.S. First Class Mail, Postage Prepaid<br>[__] U.S. Certified Mail, Postage Prepaid<br>[__] Federal Express<br>[__] Hand Delivery<br>[__] Facsimile<br>[_X_] Electronic Mail or CM/ECF |
| **KEELY E. DUKE**<br>**DUKE SCANLAN & HALL, PLLC**<br>1087 W. River St., Ste. 300<br>Boise, Idaho 83702<br>Telephone: (208) 342-3310<br>Facsimile: (208) 342-3299<br>E-Mail: ked@dukescanlan.com<br>*Attorneys for Defendant Pittard* | [__] U.S. First Class Mail, Postage Prepaid<br>[__] U.S. Certified Mail, Postage Prepaid<br>[__] Federal Express<br>[__] Hand Delivery<br>[__] Facsimile<br>[_X_] Electronic Mail or CM/ECF |

                                                /s/ David P. Claiborne
                                                David P. Claiborne