DANIEL V. STEENSON
[Idaho State Bar No. 4332]
DAVID P. CLAIBORNE
[Idaho State Bar No. 6579]
SAWTOOTH LAW OFFICES, PLLC
1101 W. River St., Ste. 110
P. O. Box 7985
Boise, Idaho 83707
Telephone:  (208) 629-7447
Facsimile:   (208) 629-7559
E-mail: david@sawtoothlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

(SOUTHERN DIVISION)

| | |
|---|---|
| **CESAR MARTINEZ-RODRIGUEZ**, **DALIA PADILLA-LOPEZ**, **MAYRA MUNOZ-LARA, BRENDA GASTELUM-SIERRA, LESLIE ORTIZ-GARCIA**, and **RICARDO NERI-CAMACHO**;<br><br>Plaintiffs,<br><br>vs.<br><br>**CURTIS GILES**, an individual, **DAVID FUNK**, an individual, **FUNK DAIRY, INC.**, an Idaho corporation, **SHOESOLE FARMS, INC.**, an Idaho corporation, **JOHN DOES 1-10**;<br><br>Defendants. | Case No. 1:17-cv-00001-BLW<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**COME NOW** the Defendants, Curtis Giles, David Funk, Funk Dairy, Inc., and Shoesole Farms, Inc., by and through their attorneys of record, Sawtooth Law Offices, PLLC, and,

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1

**PURSUANT TO** Rule 56 of the FEDERAL RULES OF CIVIL PROCEDURE, hereby **MOVES THE COURT** for entry of summary judgment as to all claims raised by Plaintiffs in this action.

Good cause and proper grounds exist for entry of the relief requested by this *Motion* because Defendants are entitled to judgment as a matter of law upon all claims presented by Plaintiffs, based on the material and undisputed facts, as explained and set forth in the supporting memorandum filed herewith.

This *Motion* is supported by all of the pleadings, affidavits and other documents on record with the Court herein, as well as by the following filed herewith: *Memorandum in Support of Defendant's Motion for Summary Judgment*; *Statement of Facts in Support of Defendant's Motion for Summary Judgment*; and *Affidavit of Counsel in Support of Defendant's Motion for Summary Judgment*.

Oral argument on this *Motion* is respectfully requested.

**DATED** this 26th day of September, 2018.

                                          SAWTOOTH LAW OFFICES, PLLC

                              by: /s/ *David P. Claiborne*
                                   David P. Claiborne

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document was served on the following on this 26th day of September, 2018 by the following method:

| | |
|---|---|
| **NATALIE CAMACHO MENDOZA**<br>**CAMACHO MENDOZA LAW**<br>P.O. Box 190438<br>Boise, Idaho 83719<br>Telephone: (208) 342-2960<br>Facsimile: (208) 629-0177<br>E-Mail: natalie@camachomendozalaw.com<br>*Attorneys for Plaintiffs* | [__] U.S. First Class Mail, Postage Prepaid<br>[__] U.S. Certified Mail, Postage Prepaid<br>[__] Federal Express<br>[__] Hand Delivery<br>[__] Facsimile<br>[_X_] Electronic Mail or CM/ECF |
| **MARIO MARTINEZ**<br>**EDGAR IVAN AGUILASOCHO**<br>**MARTINEZ AGUILASOCHO & LYNCH**<br>P.O. Box 11208<br>Bakersfield, California 93309<br>Telephone: (661) 859-1174<br>Facsimile: (661) 840-6154<br>E-Mail: eaguilasocho@farmworkerlaw.com<br>*Attorneys for Plaintiffs* | [__] U.S. First Class Mail, Postage Prepaid<br>[__] U.S. Certified Mail, Postage Prepaid<br>[__] Federal Express<br>[__] Hand Delivery<br>[__] Facsimile<br>[_X_] Electronic Mail or CM/ECF |

                                       by: /s/ *David P. Claiborne*
                                            David P. Claiborne