UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CESAR MARTINEZ-RODRIGUEZ; DALIA PADILLA-LOPEZ; MAYRA MUNOZ-LARA; BRENDA GASTELUM-SIERRA; LESLIE ORTIZ-GARCIA; and RICARDO NERI-CAMACHO,<br><br>    Plaintiffs,<br><br>    v.<br><br>CURTIS GILES, an individual; DAVID FUNK, an individual; FUNK DAIRY, INC., an Idaho corporation; SHOESOLE FARMS, INC., an Idaho corporation, JOHN DOES 1-10,<br><br>    Defendants. | Case No. 1:17-cv-0001-DCN<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants, and this case closed.

DATED: May 20, 2019

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1